# DISTRICT ATTORNEY
## OF THE
## COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

**MEMO ENDORSED**

February 24, 2009

FEB 26 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/09

Honorable Debra Freeman
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Gantt v. Brown
08 Civ. 10194 (CM)(DF)

Your Honor:

Our Office represents the respondent in the above-captioned habeas petition. Your Honor has directed us to file an answer by March 13, 2009. I am writing to ask for an extension to May 22, 2009. This is respondent's first request for an extension, and petitioner's attorney, Paul Wiener, has consented to it.

Your Honor's order was received by this Office on January 17, 2009. Although we immediately began efforts to retrieve the documents necessary to respond to the petition, we have not yet received the transcript of petitioner's trial. Moreover, even if a complete record were on hand, the attorney assigned to respond to this petition could not begin reviewing it immediately due to impending deadlines in other cases. The extension requested will enable her to properly respond to petitioner's claims.

For these reasons, respondent respectfully requests an extension of time to May 22, 2009. Thank you for your consideration.

*The within request is granted. Petitioner shall serve and file a reply, if any, no later than June 22, 2009.*

SO ORDERED:  DATE: 2/26/09

/s/ Debra Freeman
**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully,

Karen Schlossberg
Director, Habeas Corpus Litigation
(212) 335-4054

cc: Paul Wiener, Esq.
The Legal Aid Society
199 Water Street, 5th Floor
New York, NY 10038